FILED
2017 Feb-14  AM 11:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAKESHIA TARVIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:15-cv-01237-AKK |
| ) | |
| **DIRECTV,** ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Lakeshia Tarvin and Defendant DirecTV hereby stipulate to the dismissal with prejudice of the claims asserted in this action, with each party to bear her or its own costs, expenses and attorneys' fees. The parties respectfully request that the Court enter a final order of dismissal with prejudice.

Respectfully submitted on this date, the 14th of February, 2017,

/s/ L. William Smith
Jon C. Goldfarb
L. William Smith
**WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC**
301-19th Street North
Birmingham, Alabama 35203
Attorneys for Plaintiff Lakeshia Tarvin

/s/ Carson H. Sullivan
Patrick W. Shea
Carson H. Sullivan
Rebecca D. Farber
PAUL HASTINGS LLP
875 15th Street NW
Washington, DC 20005

Warren B. Lightfoot, Jr.
Maynard, Cooper & Gale, P.C.
2400 Regions Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

Attorneys for Defendant
DirecTV

2